RECEIVED
IN ALEXANDRIA, LA.

APR - 1 2014

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LEROY WILLIAMS | * | CIVIL ACTION NO. 12-3102 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision be AFFIRMED, and this matter DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in chambers, this 1st day of April 2014, at Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE